```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 02633
     STEVEN R HILL
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2823


------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/06/08 and confirmed on 04/02/08.

     2.  The case was converted to Chapter 7 after confirmation, 12/16/2008.

     3.  The Debtor paid a total of $   2400.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
MAZON STATE BANK             CURRENT MORTG        .00           .00           .00
MAZON STATE BANK             MORTGAGE ARRE    5233.00           .00           .00
CITIFINANCIAL                SECURED              .00           .00           .00
CITIFINANCIAL                MORTGAGE ARRE    1609.83           .00           .00
FIFTH THIRD BANK             SECURED VEHIC   21139.70        931.16       1099.50
ECAST SETTLEMENT CORPORA     UNSECURED        4071.94           .00           .00
ROUNDUP FUNDING LLC          UNSECURED         402.80           .00           .00
ECAST SETTLEMENT CORPORA     UNSECURED       14437.01           .00           .00
PORTFOLIO RECOVERY ASSOC     UNSECURED         678.34           .00           .00
CAPITAL ONE BANK             UNSECURED         996.54           .00           .00
CAPITAL ONE BANK             UNSECURED         799.36           .00           .00
CAPITAL ONE BANK             UNSECURED        1440.85           .00           .00
SEARS BKRUPTCY RCVRY MGM     UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA     UNSECURED         745.73           .00           .00
ECAST SETTLEMENT CORPORA     UNSECURED         234.76           .00           .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  27982.53         .00     23807.33          .00      51789.86
PRINCIPAL PAID       1099.50         .00          .00          .00       1099.50
INTEREST PAID         931.16         .00          .00          .00        931.16
TOTAL PAID           2030.66         .00          .00          .00       2030.66
The Debtor's attorney, SCHEINBAUM & WEST                , was allowed $   3000.00
and was paid $    926.00   direct and $    230.14   through the plan.

The Trustee received $    139.20 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/18/09                             /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                                    PAGE   2
        CASE NO. 08 B 02633 STEVEN R HILL